1

2

3

4

5

6

7

8                          **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    EUGENE PRICE,                                    No.  2:24-CV-3700-DMC-P

12                        Plaintiff,

13              v.                                      <u>ORDER</u>

14    LOS ANGELES COUNTY, et al.,

15                        Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the

19    federal venue statute requires that the action be brought only in (1) a judicial district where any

20    defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

21    substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

22    of property that is the subject of the action is situated, or (3) a judicial district in which any

23    defendant may be found, if there is no district in which the action may otherwise be brought.  <u>See</u>

24    28 U.S.C. § 1391(b).  Here, the claim(s) arose in Los Angeles County, which is within the

25    boundaries of the United States District Court for the Central District of California.  Therefore,

26    the Court finds that this action most appropriately proceeds in that district.  In the interest of

27    justice, the Court will transfer this case.  <u>See</u> 28 U.S.C. § 1406(a).

28    / / /

                                                   1

1          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

2     United States District Court for the Central District of California.

3

4     Dated:  January 16, 2025

5                                                      _____
                                                       DENNIS M. COTA
6                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               2