JS-6

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-00458-FWS-MBK                                Date: May 15, 2025
Title: Eugene Price v. Los Angeles County, et al.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

Not Present                                                      Not Present

**PROCEEDINGS: ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On December 26, 2024, Plaintiff, a state prisoner, filed a Civil Rights Complaint and a Request to Proceed In Forma Pauperis ("IFP request"). (Dkt. 1-2.)

On February 10, 2025, the Court granted Plaintiff's IFP request and directed him to pay an initial partial filing fee of $1.44 within 30 days. (Dkt. 11.) The Court warned Plaintiff that the failure to comply may result in the dismissal of the action. (*Id.*).

On March 26, 2025, when Plaintiff still had not complied with the Court's direction to pay the initial partial filing fee, the Court ordered Plaintiff to show cause in writing within twenty days why this action should not be dismissed without prejudice. (Dkt. 13.) The Court warned Plaintiff that the failure to file a written response would be deemed consent to the dismissal of this action without prejudice. (*Id.*).

More than twenty days later, on May 8, 2025, Plaintiff filed a renewed IFP request. (Dkt. 14.) The renewed IFP request is not responsive to the Court's order to show cause. Nor is the renewed IFP request responsive to any other order from the Court, given that Plaintiff's IFP request previously was granted. (Dkt. 11.) Plaintiff has suggested no reason why this action should not be dismissed for the failure to pay the initial partial filing fee.

_____

_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-00458-FWS-MBK                                    Date: May 15, 2025
Title: Eugene Price v. Los Angeles County, et al.

    In sum, the renewed IFP request is denied is moot.  (Dkt. 14.)  Because Plaintiff has offered no cause that is responsive to the Court's order, the action is **dismissed without prejudice.**

    **IT IS SO ORDERED.**

Initials of Deputy Clerk:  rrp